IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES A. PERSEO,

      Plaintiff,

vs.                                                                                          Civil No. 07-1021 JP/ RHS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation ("R & R"), filed January 20, 2010 **[Doc. No. 28]**. No objections to the R & R have been filed. The Court, having reviewed the same, will adopt the Magistrate Judge's findings and grant Plaintiff's motion to remand **[Doc. No. 22]**.

      **WHEREFORE**,

      **IT IS ORDERED** that the findings of the United States Magistrate Judge are adopted by the Court.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand Administrative Agency Decision **[Doc. No. 22]** is **granted** and this cause is **remanded** to the Commissioner for additional proceedings, to include a re-assessment of the medical opinion evidence.

_____
UNITED STATES DISTRICT JUDGE